UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



FILED
NOV 17 2006

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 06-40058-01 |
| Plaintiff, | |
| vs. | ORDER |
| CHRISTINA KLINE, | |
| Defendant. | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

On September 15, 2006, an Order for the mental evaluation of Defendant Christina Kline was entered (Doc. 24). In accordance with that Order, the evaluating professional contacted the court by telephone on November 17, 2006, and stated his opinion is that Defendant Christina Kline is competent and was sane at the time of the offense. It is expected the full written report will be received on or before December 5, 2006. Accordingly, it is hereby

ORDERED that Defendant Christina Kline may be transported by the United States Marshal back to the District of South Dakota for further proceedings.

Dated this 17th day of November, 2006.

BY THE COURT:

John E. Simko
United States Magistrate Judge

ATTEST:
JOSEPH HAAS, Clerk
By_____ Deputy